ACCEPTED
12-14-00319-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
6/19/2015 1:49:38 PM
CATHY LUSK
CLERK

# JOHN D. REEVES
## ATTORNEY AT LAW

1007 Grant Avenue, Lufkin, Texas 75901
(936) 632-1609 telephone/ (936) 632-1640 facsimile

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
6/19/2015 1:49:38 PM
CATHY S. LUSK
Clerk

June 18, 2015

**LEGAL CORRESPONDENCE**
Demetric Alfred, TDCJ#01065183
Stiles Unit
3060 FM 3514
Beaumont, Texas 77705

VIA CERTIFIED MAIL
RETURN RECEIPT REQUESTED
7010 1870 0000 3413 5758

Re:  Demetric Lewis Alfred vs. State of Texas

   Appellate Cause No. 12-14-00319-CR; Twelfth Court of Appeals
   Trial Court Cause No. CR-22090; 159th District Court, Angelina County

Dear Mr. Alfred:

   Enclosed please find the Judgment and Opinion of the 12th Court of Appeals in Tyler, Texas concerning their opinion on your appeal. Pursuant to Rule 48.4 of the Texas Appellate Rules of Procedure I am sending this copy of the opinion to you and to inform you of your rights. The Appeal Court in Tyler has dismissed your appeal. The 12th Court of Appeals maintains that the attorney appointed to you to file a Motion for Post-Conviction DNA Testing declined to do so, stating in his report that you were not legally entitled to the testing. The Court of Appeals therefore has no jurisdiction to consider your appeal. My services are ended at this point as I am not authorized by the court to further pursue your case. However, you can pursue your case if you choose to do so.

   Therefore, I am required to explain your individual right to pursue further action in your case. You have the right to file a Motion for Rehearing with the 12th Court of Appeals in Tyler, Texas pursuant to Rule 49.1 of the Texas Rules of Appellate Procedure which must be filed within fifteen days of the receipt of their ruling. If you need more time, you can file a Motion for continuance to the Court in Tyler. The address is Cathy Lusk, Clerk, 12th Court of Appeals, 1517 West Front Street, Ste. 354, Tyler, Texas 75702.

   Further, I must inform you that you may consider filing a **Pro Se Petition for Discretionary Review (PDR).** I must advise you that you will have thirty days from their ruling on your case to file a Pro Se Petition for Discretionary Review (PDR). Of course if you file the Motion for Rehearing, it will extend the time to file the PDR until you receive a ruling on a Motion for Rehearing. The Pro Se Petition for Discretionary Review (PDR) should be filed with

the Texas Court of Criminal Appeals, Clerk of the Court of Criminal Appeals, Post Office Box 12308, Austin, Texas 78711.

I appreciate the opportunity to have represented you. I am sorry the 12th Court of Appeals determined to "let stand" your conviction and sentence. The decision of the 12th Court of Appeals will become final 30 days from the date of the opinion if you do not file a Motion for Rehearing or a PDR as described previously. Again, I am not authorized nor was I appointed to continue representing you beyond the opinion I have sent you. I wish you every good thing whatever you determine to do.

If you have any questions, please do not hesitate to contact me
Sincerely,

John D. Reeves

JDR/jsn
*enc*

cc:     Cathy S. Lusk, Clerk
        Twelfth Court of Appeals
        Tyler, Texas
        Via electronic filing

| | |
|---|---|
| **SENDER:** *COMPLETE THIS SECTION* | **COMPLETE THIS SECTION ON DELIVERY** |

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature

X ☐ Agent ☐ Addressee

B. Received by ( Printed Name )  C. Date of Delivery

1. Article Addressed to:

Demetric Alfred, TDCJ#01065183
Stiles Unit
3060 FM 3514
Beaumont, Texas 77705

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*    ☐ Yes

2. Article Number
(Transfer from    7010 1870 0000 3413 5758

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**U.S. Postal Service** ™
**CERTIFIED MAIL** ™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | $3.45 |
| Certified Fee | | $2.80 |
| Return Receipt Fee (Endorsement Required) | | $0.00 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $6.96 |

0902
05

LUFKIN TX 75904
Postmark Here
JUN 18 2015
USPS

Sent To
Demetric Alfred, # 01065183
Street, Apt. No.; or PO Box No. Stiles Unit 3060 FM 3514
City, State, ZIP+4 Beaumont TX 77705

PS Form 3800, August 2006    See Reverse for Instructions